# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBISDEL G. GONZALEZ-ABREU,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00058-JAD-MDC<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED that the Stipulation to Continue Preliminary Hearing (ECF No. 28) is GRANTED.

　　　IT IS FURTHER ORDERED that the preliminary hearing currently scheduled for Friday, October 11, 2024 at 2:00 p.m. is vacated and continued to October 29, 2024 at the hour of 10:00 a.m. in a courtroom to be determined.

　　　DATED this 10th of October 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE