# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00058-JAD-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| ROBISDEL G. GONZALEZ-ABREU, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, October 29, 2024 at 1:30 p.m., be vacated and continued to December 3, 2024 at the hour of 11:00 a.m.

DATED this 10th day of October 2024.

_____
UNITED STATES DISTRICT JUDGE

3