UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBISDEL G. GONZALEZ-ABREU,<br><br>    Defendant. | Case No. 2:24-cr-00058-JAD-MDC<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for November 12, 2024 at 10:00 a.m. be vacated and continued to December 12, 2024 at the hour of 2:00 p.m.

DATED this 8th of November 2024.

_____
UNITED STATES MAGISTRATE JUDGE